PER CURIAM.

(No. 74-CC-690— )

ESTERLINE ANGUS, Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed July 25, 1974.*

ESTERLINE ANGUS, Claimant pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.